LAURA E. DUFFY
United States Attorney
CARLA J. BRESSLER KEEHN
Assistant United States Attorney
California State Bar No. 134886
Federal Office Building
880 Front Street, Room 6293
San Diego, California  92101-8893
Telephone:  (619) 546-6720

Attorneys for Plaintiff
United States of America

**FILED**
OCT 2 9 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> YOLANDA ARMIDA MONTES, <br><br> Defendant. | Case No.: 14CR3132-BTM <br><br> **GOVERNMENT'S MOTION TO DISMISS THE INFORMATION** |

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, LAURA E. DUFFY, United States Attorney, and CARLA J. BRESSLER KEEHN, Assistant United States Attorney, and respectfully requests, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and as a result of successful completion of the APSD program, that the Court dismiss, with prejudice, the Information in the above-entitled case.  This motion is made in the interest of justice.

DATED: October 28, 2015.

*Bond is exonerated.*

**IT IS SO ORDERED**
Dated: 10/29/15

Barbara L. Major
U.S. Magistrate Judge

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

s/ *Carla J. Bressler Keehn*
CARLA J. BRESSLER KEEHN
Assistant United States Attorney
Attorneys for Plaintiff